101 F.3d 684
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
UNITED STATES of America, Appellant-Cross-Appellee,
v.
Mario CHALARCA, Defendant-Appellee-Cross-Appellant.
 Nos. 96-1171, 96-1200.
 United States Court of Appeals, Second Circuit.
 May 15, 1996.
 
 1
 APPEARING FOR APPELLANT: Daniel C. Becker, Assistant United States Attorney for the Southern District of New York, New York, NY.
 
 
 2
 APPEARING FOR APPELLEE: Alan E. Kudisch, Kew Gardens, NY.
 
 
 3
 S.D.N.Y.
 
 
 4
 AFFIRMED.
 
 
 5
 Present: MESKILL, MINER, Circuit Judges, SCULLIN, JR.,* District Judge.
 
 
 6
 The mandate shall issue forthwith. A written opinion will follow.
 
 
 
 *
 The Honorable Frederick J. Scullin, Jr. of the United States District Court for the Northern District of New York, sitting by designation